UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10CR417 HEA |
| | ) |
| BILLY WALKER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court upon the Defendant's Motion to Continue Trial [Doc. #45] and Waiver of Speedy Trial [Doc. 46].

This Court, upon careful consideration of the motion of Defendant, and on review of the record, finds that the ends of justice would best be served by continuing the trial setting as to Defendant Billy Walker to August 22, 2011, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has previously filed with this Court a signed Waiver of Speedy Trial under the Speedy Trial Act, 18 U.S.C. §3161, [Doc. #46].

Concluding that the administration of justice will best be served by continuing this case, the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting as to Defendant Billy Walker is

RESET to August 22, 2011, at 9:30 a.m.

Dated this 24th day of June, 2011.

                                                  HENRY EDWARD AUTREY
                                          UNITED STATES DISTRICT JUDGE